BODE, Appellant, v. ANGEL, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 22, 1909.) Action by Herman W. Bode against Charles H. Angel. No opinion. Judgment affirmed, with costs.

BODETTE, Appellant, v. FOSTER–ARMSTRONG CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. March 23, 1910.) Action by Nelson Bodette against the Foster-Armstrong Company.

PER CURIAM. Order (116 N. Y. Supp. 504) affirmed, with costs. Held, while the court was required by the employer's liability act to submit the question of assumed risk to the jury, yet under that act it had power to set aside the verdict when rendered, if contrary to the evidence. It was not necessary to hold there was absolutely no evidence to support the verdict. The new trial was properly granted.

KRUSE, J., dissents, upon the ground that under the rule of the employer's liability act the jury was warranted in finding that the defense of assumed risk was not made out, and the verdict upon that question is not contrary to the evidence.

BOGUHN v. LYTH TILE CO. (Supreme Court, Appellate Division, Fourth Department. May 25, 1910.) Action by Frank Boguhn against the Lyth Tile Company.

PER CURIAM. Plaintiff's exception sustained, and motion for new trial granted, with costs to plaintiff to abide the event. Held, that the question of defendant's negligence and of plaintiff's freedom from contributory negligence were questions of fact, which should have been submitted to the jury.

BOHRMANN v. PAINE. (Supreme Court, Appellate Division, First Department. May 27, 1910.) Action by Sophie J. Bohrmann against Augustus G. Paine. No opinion. Motion granted. Order filed.

BOLLAS, Respondent, v. BOLLAS, Appellant. (Supreme Court, Appellate Division, First Department. June 24, 1910.) Action by Morris H. Bollas against Elizabeth M. Bollas. J. B. Rosenback, for appellant. S. Strauss, for respondent. No opinion. Order affirmed, without costs. Order filed.

BONASERA, Appellant, v. BUFFALO & L. E. TRACTION CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. May 18, 1910.) Action by Thomas Bonasera against the Buffalo & Lake Erie Traction Company. No opinion. Judgment (63 Misc. Rep. 644, 118 N. Y. Supp. 748) affirmed, with costs.

BONNETTE, Respondent, v. MOLLOY, Appellant. (Supreme Court, Appellate Division, First Department. June 17, 1910.) Action by Ellen S. Bonnette, as executrix, against Joseph A. Molloy. C. E. Lydecker, for appellant. R. L. Luce, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

BORCHERT, Respondent, v. MANHATTAN TRANSIT CO., Appellant. (Supreme Court, Appellate Division, First Department. May 20, 1910.) Action by Bertha Borchert, as administratrix, against the Manhattan Transit Company. J. J. Mahoney, for appellant. A. V. Rochester, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 128 App. Div. 900, 112 N. Y. Supp. 1122.

BOSKOWITZ v. SULZBACHER. (Supreme Court, Appellate Division, First Department. April 29, 1910.) Action by Jesse L. Boskowitz, as administrator, against Joseph L. Sulzbacher. No opinion. Motion to dismiss appeal granted, unless appellant comply with terms stated in order. Order filed. See, also, 122 N. Y. Supp. 1122; also, infra.

BOSKOWITZ v. SULZBACHER (two cases). (Supreme Court, Appellate Division, First Department. April 29, 1910.) Actions by Jesse L. Boskowitz against Joseph Sulzbacher. No opinion. Motions granted, upon conditions stated in orders. Orders filed. See, also, supra.

BOWSKY, Respondent, v. BOWSKY, Appellant. (Supreme Court, Appellate Division, First Department. April 22, 1910.) Action by Leopold Bowsky against Margaret Bowsky, as administratrix. J. J. Kirby, for appellant. A. Hutter, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 121 N. Y. Supp. 1126.

In re BOYER. (Supreme Court, Appellate Division, Second Department. May 26, 1910.) In the matter of the application of Frank H. Boyer for a mandamus against the Brotherhood of Painters, Decorators, and Paper Hangers of America. No opinion. Order affirmed, without costs.

BRADY, Appellant, v. LANSINGH, Respondent. (Supreme Court, Appellate Division, First Department. April 29, 1910.) Action by Catherine V. Brady against Van Rensselaer Lansingh. S. Graham, for appellant. H. Taylor, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

BRANDWEIN, Respondent, v. YOHALEM, Appellant. (Supreme Court, Appellate Division, Third Department. May 4, 1910.) Action by Blanche Brandwein against Harry Yohalem. No opinion. Judgment and order unanimously affirmed, with costs.

BREEN et al., Appellants, v. ROES et al., Respondents. (Supreme Court, Appellate Division, Second Department. May 26, 1910.) Action by Joseph W. Breen and another against Henry C. Roes and another. No opinion. Judgment of the Municipal Court affirmed, with costs.

BRENNER et al., Respondents, v. HICKIE, Appellant. (Supreme Court, Appellate Division, Second Department. June 10, 1910.) Ac-

tion by Rachel ·Brenner and another against Patrick T. Hickie. No opinion. Judgment and order of the Municipal Court unanimously affirmed, with costs.

BROCKPORT–HOLLEY WATER CO., Respondent, v. VILLAGE OF BROCKPORT, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 4, 1910.) Action by the Brockport-Holley Water Company against the Village of Brockport. No opinion. Judgment and order affirmed, with costs. See, also, 128 App. Div. 915, 113 N. Y. Supp. 1127.

BRODY, Respondent, v. HUDSON COMPANIES, Appellant. (Supreme Court, Appellate Division, Second Department. May 26, 1910.) Action by Samuel Brody against the Hudson Companies.

PER CURIAM. Judgment and order affirmed, with costs. See, also, 136 App. Div. 887, 119 N. Y. Supp. 1115.

HIRSCHBERG, P. J., concurs so far as the judgment is concerned, but is of opinion that the order was not appealed from.

BROKER, Respondent, v. OLDMAN BOILER WORKS, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 4, 1910.) Action by William J. Broker against the Oldman Boiler Works. No opinion. Judgment and order affirmed, with costs.

BROKER, Respondent, v. OLDMAN BOILER WORKS, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 18, 1910.) Action by William J. Broker against the Oldman Boiler Works. No opinion. Motion for reargument denied, with $10 costs. Motion for leave to appeal to Court of Appeals denied. See, also, supra.

In re BRONX PARK. (Supreme Court, Appellate Division, First Department. June 24, 1910.) In the matter of the Addition to Bronx Park. No opinion. Order denying motion for payment of award affirmed, with $10 costs and disbursements. Appeal from order denying reargument dismissed, with $10 costs. Order filed.

BROOKLYN TRUST CO., Respondent, v. HANLEY, Appellant. (Supreme Court, Appellate Division, Second Department. May 6, 1910.) Action by the Brooklyn Trust Company, as trustee, etc., against David M. Hanley. No opinion. Judgment of the Municipal Court affirmed, with costs.

BROOKS v. RACICH ASBESTOS MFG. CO. (Supreme Court, Appellate Division, First Department. April 29, 1910.) Action by Charles J. Brooks against the Racich Asbestos Manufacturing Company. No opinion. Motion denied. with $10 costs. Order filed. See, also, 121 N. Y. Supp. 850.

In re BROWN. (Supreme Court, Appellate Division, Second Department. May 9, 1910.)

In the matter of the application of William P. Brown and others for the removal from office of Charles F. Storms, President of the Village of Dobbs Ferry, and John H. Hill, Trustee of the Village of Dobbs Ferry. No opinion. Final order signed. See also, 122 N. Y. Supp. 1123.

BROWN et al. v. OTTEN et al. (Supreme Court, Appellate Division, Second Department. June 10, 1910.) Action by Rosanna Brown and others against John Otten and others. No opinion. Judgment and order affirmed, with costs.

BRUCE, Appellant, v. TICKNOR et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. May 4, 1910.) Action by Elma L. Bruce against Daniel F. Ticknor and another. No opinion. Judgment affirmed, with costs.

BRYAN, Appellant, v. FARMERS' MUTUAL INDEMNITY ASS'N OF CAYUGA COUNTY, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 25, 1910.) Action by Daniel J. Bryan against the Farmers' Mutual Indemnity Association of Cayuga County. No opinion. Order affirmed, with $10 costs and disbursements.

BRYANT v. TURNER et al. (Supreme Court, Appellate Division, Third Department. May 20, 1910.) Action by Edwin R. Bryant against Charles ·H. Turner and another.

PER CURIAM. Decision amended by striking therefrom the words "within 30 days after service of a copy of such judgment," and by adding thereto the following: "This determination shall not be construed to prevent the application upon such amounts of any lawful deductions for insurance on the sawmill received by ·Charles H. Turner, or for the use of said sawmill by said Charles H. Turner, subsequent to the commencement of this action." And the judgment entered on said decision is amended to correspond herewith. See, also, 126 App. Div. 594, 110 N. Y. Supp. 596.

BUMP, Appellant, v. WARSAW WILKINSON CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. May 25, 1910.) Action by Guy A. Bump against the Warsaw Wilkinson Company. No opinion. Order affirmed, with costs.

BURKE, Respondent, v. CONTINENTAL INS. CO. OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Fourth Department. June 3, 1910.) Action by William E. Burke against the Continental Insurance Company of New York. No opinion. Judgment affirmed, with costs. See, also, 128 App. Div. 391, 112 N. Y. Supp. 865.

BURKE, Appellant, v. FEEK et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. May 4, 1910.) Action by Joseph E. Burke against Andrew J. Feek and another.